# United States District Court Violation Notice

Location Code: 211 EV64

Violation Number: 4569371
Officer Name (Print): HAFNER
Officer No.: 639

4569371

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/29/2014 0305 hr
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.22(b)(3)

Place of Offense: N/B GWMP, S/O First Overlook

Offense Description; Factual Basis for Charge: Fail to maintain proper control

112914-26

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: NELSON
First Name: Michael
M.I.: E

Tag No: WRJ4221
State: VA
Year: 03
Make/Model: Hond/Acc
PASS: 
Color: BLK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

MN

$ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ Total Collateral Due

### YOUR COURT DATE

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314
Date (mm/dd/yyyy): 02/05/2015
Time (hh:mm): 0900

(703) 299-2100

X Defendant Signature: _____

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident