**United States District Court**
**Violation Notice** 211 EVG4

CVB Location Code

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4569372 | Hafner | 639 |

4569372

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 11/29/2014 0305 hrs | 36CFR 2.31(a)(3) |

Place of Offense

N/B GWMP, S/o First overlook

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Damage to any
Federal Property w/Insury
11/29/14 - 26

**DEFENDANT INFORMATION** ▄▄▄▄▄▄

| Last Name | First Name | M.I. |
|---|---|---|
| NELSON | Michael | E |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| NRJ4221 | PA | 03 | Hond/ACC | | BlK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

M4

$ _____ Forfeiture Amount

+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court 401 Courthouse Square Alexandria, VA 22314 (703) 299-2100 | 02/05/2015 |
| | Time (hh:mm) 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)                    Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident